**DYKEMA GOSSETT LLP**
MICHAEL P. WIPPLER, SBN: 155646
mwippler@dykema.com
CRAIG N. HENTSCHEL, SBN: 66178
chentschel@dykema.com
S. CHRISTOPHER WINTER, SBN: 190474
kwinter@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:    (213) 457-1800
Facsimile:    (213) 457-1850

Attorneys for Plaintiff
SCI TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SCI TECHNOLOGY, INC.,<br><br>Plaintiff;<br><br>vs.<br><br>ELECTROSPEC, INC. and DOES 1-10, inclusive,<br><br>Defendants | Case No. 5:11-cv-00060-EJD<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE<br><br>Date:  7/1/11<br>Time:  10:00 a.m.<br>Ctrm:  1 |

The Court having considered plaintiff SCI Technology, Inc.'s Request For Telephonic Appearance at the Case Management Conference, and for good cause shown, enters the following order:

Counsel for plaintiff SCI Technology, Inc. may appear by telephone at the Case Management Conference currently scheduled for July 1, 2011.

Date: June 15, 2011                    _____
                                        Judge Edward J. Davila

PAS01\206143.1
ID\SCW - 100471/0017