MICHAEL P. WIPPLER (SBN 155646)
mwippler@dykema.com
CRAIG N. HENTSCHEL (SBN 66178)
chentschel@dykema.com
S. CHRISTOPHER WINTER (SBN 190474)
kwinter@dykema.com
DYKEMA GOSSETT, LLP
333 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: 213.457.1800
Facsimile: 213.457.1850

Attorneys for Plaintiff
SCI TECHNOLOGY, INC.

STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesscott.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
ELECTROSPEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCI TECHNOLOGY, INC., an Alabama corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROSPEC, INC., a New Jersey corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.   C11-00060 EJD<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE REFERRAL TO EARLY NEUTRAL EVALUATION DUE TO AGREEMENT TO ATTEND PRIVATE MEDIATION |

Plaintiff SCI Technology, Inc. ("SCI") and Defendant Electrospec, Inc. hereby stipulate to the following:

# I.
# RECITALS

1. The parties agreed to submit this matter to Early Neutral Evaluation ("ENE") pursuant to the Northern District ADR Local Rule 3-5. The court referred this matter to ENE based on that agreement. The deadline to complete the ENE is July 6, 2011.

2. Gilda R. Turitz, Esq. was appointed the ENE Evaluator for this matter. The parties worked diligently together and with Ms. Turitz to identify a date they could all personally attend the ENE conference on or before the July 6, 2011 deadline. The parties were unable to identify a date they could all personally attend by that deadline.

3. The parties have now agreed to submit this matter to private mediation through JAMS with the Honorable Joseph F. Biafore (ret.) The mediation is scheduled for August 11, 2011 in the San Jose, California office of JAMS.

4. The parties have informed ADR Staff Attorney Robin Siefkin and Ms. Turitz that they have agreed to private mediation.

5. Based on the parties' agreement to mediation, the parties have agreed to stipulate to a court order vacating the referral to Early Neutral Evaluation.

# II.
# STIPULATION

1. The parties agree to submit this matter to private mediation with the Honorable Joseph F. Biafore (ret.) The mediation is scheduled for August 11, 2011 in the San Jose, California office of JAMS.

2. The parties hereby stipulate to a court order vacating the referral to Early Neutral Evaluation.

/ / /
/ / /
/ / /

IT IS SO STIPULATED:

Dated: June 24, 2011          DYKEMA GOSSETT, LLP


By_____//S//_____
MICHAEL P. WHIPPLER
CRAIG N. HENTSCHEL
S. CHRISTOPHER WINTER
Attorneys for Plaintiff
SCI TECHNOLOGY, INC.


Dated: June 24, 2011          HAYES SCOTT BONINO ELLINGSON & McLAY, LLP


By_____//S//_____
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant
ELECTROSPEC, INC.

## ~~[PROPOSED]~~ ORDER

GOOD CAUSE APPEARING THEREFORE, the order referring this matter to Early Neutral Evaluation is hereby VACATED based on the parties' agreement to submit this matter to private mediation.

Dated: ____June 27____, 2011          _____/s/_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA