# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SCI TECHNOLOGY, INC., | Case No. 5:11-CV-00060-EJD |
| Plaintiff(s), | **CASE MANAGEMENT ORDER** |
| v. | |
| ELECTROSPEC, INC., | |
| Defendant(s). | |

This case is scheduled for a Case Management Conference on September 30, 2011. Based on the parties' Joint Case Management Statement and proposed schedule, the court has determined that the parties' settlement discussions warrant delaying the conference until December 9, 2011. Accordingly, the September 30, 2011 date is VACATED, and a Further Case Management Conference is scheduled for December 9, 2011. In light of the continuance, Sci Technology, Inc.'s motion to appear by telephone at the now-vacated September 30 conference is TERMINATED AS MOOT. The court finds it appropriate to enter a case management order at this time. The parties are ordered to comply with the schedule appearing below.

/

/

1  IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual
2  and legal issues as set forth in the Case Management Statements.
3  IT IS FURTHER ORDERED that the parties shall contact the court's ADR unit no later than
4  October 21, 2011 to apprise the unit of the status of ADR.
5  IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other
6  amendments to the pleadings, is sixty days after entry of this order.
7  IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the
8  Federal Rules of Civil Procedure apply in this case.
9  IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are
10 referred to the assigned Magistrate Judge.

12 IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
| --- | --- |
| Further Case Management Conference | Dec. 9, 2011 at 10:00 a.m. |
| Updated Joint Case Management Statement Due | 10 days before Further CMC |
| Fact Discovery Cutoff | April 20, 2012 |
| Designation of Opening Experts with Reports | 42 days before Expert Discovery Cutoff |
| Designation of Rebuttal Experts with Reports | 21 days before Expert Discovery Cutoff |
| Expert Discovery Cutoff | June 22, 2012 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | July 13, 2012 |

/
/
/

---

[1]  This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

2

Case No. 5:11-CV-00060-EJD
CASE MANAGEMENT ORDER

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re Pretrial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial submissions.

**IT IS SO ORDERED.**

Dated:  September 27, 2011

EDWARD J. DAVILA
United States District Judge

---

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial Preparation."