1  MICHAEL P. WIPPLER (SBN 155646)
   mwippler@dykema.com
2  CRAIG N. HENTSCHEL (SBN 66178)
   chentschel@dykema.com
3  S. CHRISTOPHER WINTER (SBN 190474)
   kwinter@dykema.com
4  DYKEMA GOSSETT, LLP
5  333 S. Grand Ave., Suite 2100
   Los Angeles, CA 90071
6  Telephone: 213.457.1800
7  Facsimile: 213.457.1850

8  Attorneys for Plaintiff
   SCI TECHNOLOGY, INC.

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCI TECHNOLOGY, INC., an Alabama corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROSPEC, INC., a New Jersey corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. C11-00060 EJD<br><br>[PROPOSED] **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

305252

- 1 -

**ORDER OF DISMISSAL – CASE NO. C11-00060 EJD**

The Court, having read and considered the Stipulation For An Order For Dismissal Without Prejudice submitted by the Parties, and good cause appearing therefor:

It is ORDERED that:

Pursuant to Fed. R. Civ. P. 41(a)(2), this case is dismissed without prejudice. Each party shall bear its own fees and costs. The Court retains jurisdiction to enforce the terms of the Settlement Agreement by which Plaintiff may enter a Stipulated Judgment against Defendant in the event that Defendant fails to make any payment as required by the Settlement Agreement and fails to cure within ten (10) days of written notice of default.

Unless enforcement proceedings are pending, this case will be treated for all purposes as dismissed with prejudice after May 13, 2013, without further order of Court.

The Order to Show Cause issued December 6, 2011, is DISCHARGED and the corresponding hearing VACATED. The Clerk shall close this file.

Dated: January 4, 2012

EDWARD J. DAVILA
United States District Judge